**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Joshua Wortman**
    Plaintiff

  V.

CIVIL ACTION

NO. <u>1:18-11475-GAO</u>

**Logmein, Inc.**

    Defendant

## **ORDER OF DISMISSAL**

<u>O'TOOLE, D. J.</u>

In accordance with the Court's ELECTRONIC ORDER (dkt. No. 91) dated June 21, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                By the Court,

<u> 6/21/2023 </u>           <u> /s/ Flaviana de Oliveira </u>
  Date             Deputy Clerk